UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-234-T-17TBM

JAMES LOUIS DANIELS, III

### PRELIMINARY ORDER OF FORFEITURE

Before the court is the United States' Motion for a Preliminary Order of Forfeiture for $17,806.50 in U.S. currency, pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised in the premises, the Court finds that the $17,806.50 in U.S. currency constitutes proceeds of cocaine distribution, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), as charged in Count One of the Indictment, for which the defendant has been convicted. Thus, the United States has established the requisite nexus between the property sought for forfeiture and the offense of conviction, and the United States is entitled to possession of the funds, pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is hereby

**ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 21 U.S.C. § 853(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, all right, title and interest of James Louis Daniels, III, in the $17,806.50 in U.S. currency are FORFEITED to the United States of America for disposition according to law, subject to the

provisions of 21 U.S.C. § 853(n). Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's Plea Agreement (Doc. 21 at 9), the preliminary order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the currency, and to address any third party claim that may be asserted.

**ORDERED** in Tampa, Florida on January 23rd, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record

2